EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | David K. Adams<br>3444 Regatta Way<br>Jacksonville, FL 32223 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15E-2016-00053 | Debbie Slater, Investigator | (305) 808-1757 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)     *[signature]*     **MAR 3 1 2017**
MICHAEL J. FARRELL,     (Date Mailed)
District Director

cc: Derrel Q. Chatmon, Esq.
Senior Asst. General Counsel
DUVAL COUNTY PROPERTY APPRAISER
CITY OF JACKSONVILLE
117 West Duval Street
Suite 480
Jacksonville, FL 32202

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | 0033-11102015-E<br>15E-2016-00053 |

Jacksonville Human Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David K. Adams | 904-288-9238 | ▮1961 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3444 Regatta Way | Jacksonville, FL 32223 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Jacksonville / Duval County Property Appraiser's Office | 20+ | 904- 630-2011 |

| Street Address | City, State and ZIP Code |
|---|---|
| 231 E. Forsyth St. | Jacksonville, FL 32223 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest 11/18/2015
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I was discharged (laid off) from my position on November 18, 2015 as an Appointed Property Field Representative with the City of Jacksonville / Duval County Property Appraiser's Office ("City"). I began employment with the City in July 1981.

2. I was informed by Ms. Kay Ehas, Chief Administrative Officer, age (about 46), that due a reduction in workforce an appointed employee reverted back to a Civil Service position, as a result I was being discharged (laid off).

3. I believe I was discharged (laid off) from my position because of my age (54) in violation of Title XI, Chapter 402 of the Jacksonville Municipal Code; Chapter 760 of the Florida Statute; and the Age Discrimination in Employment Act of 1967 as amended, because:

    a) On November 3, 2015, Ms. Ehas, gave me a letter which indicated because of a reduction of workforce my position had been eliminated. Further the letter indicated, an Appointed Property Field Representative employee, Mr. Kurt Kraft, age (about 56) had reverted back to a civil service position. Both Mr. Kraft and I are in our fifties (50's) and the only two individuals selected for lay off. Additionally, after I was discharged (laid off), the Duval County Property Appraiser's Office hired the following individuals who are less than forty (40) years old: Mr. Bobby Rawls, Mr. Matt Schulz,

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br><br>Ronnie L. Brown |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>x *David K Adams* |
| March 24, 2016   x *David K Adams*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br><br>March 24, 2016 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>0033-11102015-E<br>15E-2016-00053 |
|---|---|---|

Jacksonville Human Rights Commission _____ and EEOC
*State or local Agency, if any*

**(Cont.)**

Mr. Robert Crittenden, and Mr. Daniel Brennan for Appointed Property Field Representatives even though I was informed I was discharged (laid off) because of a reduction in workforce.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

March 24, 2016   x *[signature] David K Adams*
Date                Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

Ronnie L. Brown

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
x *[signature] David K Adams*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

March 24, 2016

## AFFIDAVIT OF IDENTITY

This document is in reference to Employment Charge Number: JHRC # 0033-11102015-E

David K Adams
Name of Charging Party (*Please Print*)

*[signature]*
Signature

STATE OF FLORIDA:
COUNTY OF DUVAL:

Subscribed and sworn to (or affirmed) before me this 24th day of March, 2016, by David K. Adams who has provided a Florida Driver's License as identification.

*[signature]*
(Signature of Notary Public)

RONNIE L BROWN
Notary Public, State of Florida
My Comm. Expires Nov. 24, 2018
Commission No. FF 179014

---

**THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW:**

Title or Type of Document: *CHARGE OF DISCRIMINATION*
Number of Pages: 2
Date of Document: March 24, 2016
E. O. Specialist's Name: Ronnie L. Brown